CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, Appellant, vs. RAILROAD COMMISSION OF WISCONSIN, Respondent.

*November 16, 1915.*

*Railroad commission: Regulation of passenger service: Stopping trains at small stations: Interstate commerce.*

*Chicago, B. & Q. R. Co. v. Railroad Comm.* 152 Wis. 654, reversed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Reversed.*

BY THE COURT. The judgment of the court in this action, rendered March 11, 1913 [152 Wis. 654], affirming the judgment of the circuit court for Dane county, having been reversed by the supreme court of the United States upon writ of error [see 237 U. S. 220], and the mandate of said last named court having been received and filed:

Now, therefore, it is ordered and adjudged, pursuant to the command of said mandate, that the judgment of affirmance aforesaid rendered by this court be and the same is in all things vacated and set aside and that the judgment of the said circuit court for Dane county be and the same is hereby in all things reversed without costs, and that this cause be and the same is hereby remanded to the said circuit court with directions to enter judgment therein adjudging that the order of the said *Railroad Commission* involved in this action was and is void, and setting aside and vacating the same.